ACCEPTED
03-13-00025-CV
7953315
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 2:57:58 PM
JEFFREY D. KYLE
CLERK

NO. 03-13-00025-CV

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 2:57:58 PM
JEFFREY D. KYLE
Clerk

JERRY SCARBROUGH, ET AL.,
APPELLANTS,

V.

HELEN PURSER, ET AL.,
APPELLEES.

ON APPEAL FROM THE 146TH JUDICIAL DISTRICT COURT
BELL COUNTY, TEXAS

## APPELLEES' MOTION FOR LEAVE TO FILE POST-SUBMISSION LETTER BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellees, Helen Purser, Sue E. Purser a/k/a Sue E. Van Zanten, Gary W. Purser, Jr., Joann M. Purser, and Elizabeth H. Tipton, move this Court for leave to file Appellees' Post-Submission Letter Brief, received by this Court on November 12, 2015. Appellees' Post-Submission Letter Brief was tendered to answer more completely certain questions asked by the justices during oral argument on October 22, 2015.

In the interest of justice, Appellees ask that the Court grant leave and file the Post-Submission Letter Brief received on November 12, 2015. *See* Tex. R. App. P. 38.7.

Respectfully submitted,

DARYL L. MOORE, P.C.

BY: /s/ *Daryl L. Moore*

Daryl L. Moore (Lead Counsel)
State Bar No. 14324720
1005 Heights Boulevard
Houston, Texas 77008
Telephone: 713/529-0048
Facsimile: 713/529-2498
Email: daryl@heightslaw.com

BAIRD, CREWS, SCHILLER & WHITAKER, P.C.

BY: /s/ *Jack R. Crews*

Jack R. Crews (Co-Counsel)
State Bar No. 05072300
Kevin K. Bonner
State Bar No. 24069300
15 North Main Street
Temple, Texas 76501-7629
Telephone: 254/774-8333
Facsimile: 254/774-9353

***Counsel for Appellees***

## CERTIFICATE OF CONFERENCE

On November 23, 2015, I, Daryl L. Moore, certify that, I conferred with counsel for appellants, Michele Chimene, who stated she is not opposed to this motion.


/s/ **Daryl L. Moore**
Daryl L. Moore


## CERTIFICATE OF COMPLIANCE

Relying on the word count function in the word processing software used to produce this document, I certify that the number of words in this motion, excluding the contents listed in TRAP Rule 9.4(i), is **93**.

This motion complies with the typeface requirements of TRAP Rule 9.4(e) because it uses a conventional typeface no smaller than 14-point (WordPerfect X6 14-point Times New Roman).


/s/ **Daryl L. Moore**
Daryl L. Moore

## CERTIFICATE OF SERVICE

On November 23, 2015, I sent a true and correct copy of this motion for leave via **E-service** to the following:

Michele Barber Chimene
THE CHIMENE LAW FIRM
2827 Linkwood Dr.
Houston, Texas 77025
*michelec@airmail.net*

***Attorneys for Appellants,***
***Jerry Scarbrough, Melissa Deaton,***
***and Denise Steele***

/s/ *Daryl L. Moore*

Daryl L. Moore